UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FERRICK & WEINREICH, PLLC,**

   Plaintiff,

  v.

**C.F. GOMMA U.S.A., INC.,**

   Defendant.

                                      /

CIVIL ACTION NO. 05-71177

HON. JOHN CORBETT O'MEARA

### ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

     The court, having been informed that the defendant   has been placed in Bankruptcy, thereby commencing a stay of proceedings in this civil action pursuant  to 11 U.S.C.§ 362(a)(1); and it further appearing to the Court that such a stay will remain in effect for a substantial period of time; and there existing a possibility that at the close of such stay this matter will be either voluntarily dismissed by the parties or abandoned by the parties without notice to this court; and there appearing to be no further reason at this time to maintain the file as an open one for statistical purposes;

     **IT IS ORDERED** that the Clerk close this matter for statistical purposes. Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered and the court will order that the matter be reopened for statistical purposes.

                                       s/John Corbett O'Meara
                                       John Corbett O'Meara
                                       United States District Judge

Dated:  June 14, 2006